# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

**TARA LYNN LEE,**
    Petitioner,

v.

**KIMBERLY NEELY, et al.,**
    Respondents.

**Case No. 7:24-cv-1067-CLM-JHE**

## MEMORANDUM OPINION

The magistrate judge has entered a report and recommendation (doc. 18), recommending that the court deny Petitioner Tara Lynn Lee's petition for writ of habeas corpus as moot. Lee has not objected to the magistrate judge's recommendation.

Having considered the record, including the report and recommendation, the court adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusion of this court. The court will thus **DISMISS** Lee's petition for writ of habeas corpus.

The court will enter a separate order that closes this case.

**Done** and **Ordered** on July 21, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE